UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-46734 |
| | ) | Chapter 7 |
| **JEROME A. TALAMENTE** | ) | |
| | ) | **Declaration of Proposed Attorney** |
| Debtor. | ) | |

Matt O'Grady states and declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following facts are true to the best of his information, knowledge and belief:

1. He is an attorney at law duly admitted to practice in this Court.

2. He is a principal in the Onder Law Firm.

3. He and his firm are agreeable to representing the trustee and interests of the bankruptcy estate on a 40% contingency of any recover; and 50% if an appeal ensures.

4. He does not represent any interests adverse to those of the Trustee herein, this estate, nor to the creditors.

5. He has never represented the Debtor.

6. Should he represent another client with a connection to the Debtor, he will not represent said client in any matter materially adverse to the Debtor or to any creditor.

7. He is a disinterested person.

8. He has no connection with the U.S. Trustee for this region, or the U.S. Trustee's employees.

9. He knows of no reason why he should not act as attorney and counsel for the Trustee in this case.

Dated: July 27, 2018

Matt O'Grady, No. #47543 MO
OnderLaw, LLC
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Phone: 314 963-9000
ogrady@onderlaw.com
*Attorney at Law*