UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: #21 | ) |
| | ) Case No. 17-46734-705 |
| JEROME TALAMANTE, | ) |
| | ) Chapter 7 |
| Debtor. | ) |

### ORDER

At St. Louis, in this District, this 12th day of October, 2018.

Upon application of Trustee, Stuart J. Radloff, to retain Matthew P. O'Grady of the Onder Law Firm as his special counsel, no adverse interest appearing, and otherwise appearing that it is in the best interest of the estate that he be allowed to do so, it is hereby

ORDERED, ADJUSTED AND DECREED that Stuart J. Radloff be and is hereby authorized to retain Matthew P. O'Grady of the Onder Law Firm as his special counsel for the reasons and purposes set forth in his Application, to be compensated upon further application to this Court in accordance with the arrangements set forth in said application, and subject to the guidelines and restrictions heretofore set forth by this Court.

DATED: October 12, 2018
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Copies Mailed To:

Stuart J. Radloff, Esq.
Chapter 7 Trustee
13321 N. Outer Forty Road
Suite 800
Town & Country, MO 63017

Office of the United States Trustee
111 South Tenth Street, Ste. 6353
St. Louis, MO 63102

Matthew P. O'Grady
Matt O'Grady, No.
OnderLaw, LLC
110 East Lockwood, 2nd Floor
St. Louis, MO  63119

Kenneth A. Seufert
Law Office of Kenneth A. Seufert, P.C.
P Attorney for Debtor
P.O. Box 831
Farmington, MO 63640

Jerome A. Talamante
Debtor
113 Woodbury Road
Cuba, MO 65453